IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| and THE STATE OF OKLAHOMA, ) | | |
| *ex rel.* WAYNE ALLISON, Relator, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | CIV-16-569-F | |
| ) | (31 U.S.C. §3730(b)(2)) | |
| SOUTHWEST ORTHOPAEDIC ) | | |
| SPECIALISTS, PLLC, ET AL., ) | | |
| ) | | |
| Defendants. ) | | |

## STIPULATION TO DISMISS

On May 2, 2018, the United States filed its Notice of Election to Intervene in Part and to Decline to Intervene in Part. Doc. 36. Also on May 2, 2018, the State of Oklahoma filed its Notice of Election to Intervene in Part and Decline to Intervene in Part. Doc. 38. In doing so, the United States and State of Oklahoma intervened in that part of this action which alleges that defendants Southwest Orthopaedic Specialists, PLLC ("SOS"), Anthony Cruse, D.O., R.J. Langerman, Jr. D.O., Daniel J. Jones, M.D., Mehdi Adham, M.D., Derek West, D.O., Brian Levings, D.O., Shane Hume, D.O., Brad Reddick, D.O., and Kristopher Avant, D.O. ("SOS Physicians"), submitted or caused to be submitted false or fraudulent claims to government health care programs for ultrasound guidance procedures that were not medically necessary, and the alleged claims that SOS and Brian Levings, D.O., submitted or caused to be submitted false or fraudulent claims to government health care programs for an assistant in surgery when the assistant services were not rendered ("SOS

Claims"). The SOS Claims are identified in paragraphs 177-189 of the Second Amended Complaint.

The United States, State of Oklahoma and Relator Wayne Allison hereby stipulate to the dismissal of the SOS Claims with prejudice, except for Relator's claims for reasonable expenses, attorneys' fees and costs under the False Claims Act, 31 U.S.C. Section 3730(D), and the Oklahoma Medicaid False Claims Act, 63 O.S. § 5053.4. By filing this Stipulation, the United States and State of Oklahoma notify the Court that the United States Attorney General and Oklahoma Attorney General consent to the dismissal because the parties have entered into a settlement resolving the SOS Claims. The parties request, therefore, that the Court dismiss the SOS Claims with prejudice. Hereafter, the United States and the State of Oklahoma will no longer be litigating parties in this action.

A proposed order accompanies this Stipulation to Dismiss.

>Respectfully submitted,
>
>ROBERT J. TROESTER
>Acting United States Attorney
>
>*s/ Ronald R. Gallegos*
>RONALD R. GALLEGOS, Bar No. 013227AZ
>SCOTT MAULE, OBA No. 31760
>Assistant U.S. Attorneys
>United States Attorney's Office
>210 Park Avenue, Suite 400
>Oklahoma City, OK 73102
>(405) 553-8700 - (fax) 553-8885
>Ron.Gallegos@usdoj.gov
>Scott.Maule@usdoj.gov
>Counsel for the United States

MIKE HUNTER
Oklahoma Attorney General

*s/ Christopher Robinson*
CHRISTOPHER P. ROBINSON
Oklahoma State Bar # 31204
Assistant Attorney General
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone: (405) 522-2968
Fax:    (405) 522-3128
Christopher.Robinson@oag.ok.gov
(Signed by Filing Attorney with permission of Attorney)


*s/ Michael Angelovich*
MICHAEL B. ANGELOVICH
Texas Bar No. 00788128 *Pro Hac Vice*
BRADLEY W. BESKIN
Texas Bar No. 24105463 *Pro Hac Vice*
Nix, Patterson & Roach, LLP
3600 N. Capital of Texas Highway, Suite B350
Austin, TX  78746
Office: (512) 328-5333 – Fax: (512) 328-5335
mangelovich@nixlaw.com
bbeskin@nixlaw.com
(Signed by Filing Attorney with permission of Attorney)

## Certificate of Service

__X__ I hereby certify that on July 11, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

| | |
|---|---|
| Gaylon C. Hayes<br>Hayes & Hollingsworth, PC<br>6805 S. Western Ave<br>Suite 500<br>Oklahoma City, OK 73139<br>405-616-5045<br>Fax: 405-616-5062<br>Email: gaylon@hhhlawfirm.com | Michael B. Angelovich, Sr.<br>Bradley W. Beskin<br>Nix Patterson & Roach LLP-AUSTIN<br>3600 N Capital of Texas Hwy<br>Bldg. B, Suite 350<br>Austin, TX 78746<br>512-328-5333<br>Fax: 512-328-5335<br>Email: mangelovich@npraustin.com<br>Email: bbeskin@nixlaw.com |
| Michael Burrage<br>Whitten Burrage<br>512 N Broadway Ave.<br>Suite 300<br>Oklahoma City, OK 73102<br>405-516-7800<br>Fax: 405-516-7859<br>Email: mburrage@whittenburragelaw.com | R. Martin Weber , Jr.<br>Richard E. Norman<br>Crowley Norman, LLP<br>Three Riverway<br>Suite 1775<br>Houston, TX 77056<br>713-651-1771<br>Fax: 713-651-1775<br>Email: mweber@crowleynorman.com<br>Email: rnorman@crowleynorman.com |
| M. Richard Mullins<br>Riane T. Fern<br>Ronald T. Shinn, Jr.<br>McAfee & Taft<br>211 N Robinson Ave<br>10th Fl.<br>Oklahoma City, OK 73102<br>Tel:  405-235-9621<br>Fax: 405-235-0439<br>Email: richard.mullins@mcafeetaft.com<br>Email: riane.fern@mcafeetaft.com<br>Email: ron.shinn@mcafeetaft.com | Christopher P. Robinson<br>Assistant Attorney General<br>Attorney General's Office<br>313 NE 21st St.<br>Oklahoma City, OK 73105<br>Phone: (405) 522-2968<br>Fax: (405 522-3128<br>Email: christopher.robinson@oag.ok.gov |

| | |
|---|---|
| Scott Maule, Assistant U.S. Attorney<br>210 Park Ave., Ste. 400<br>Oklahoma City, OK  73102<br>Tel: 405-553-8700 / 8832<br>Email: Scott.maule@usdoj.gov | |

_____     I hereby certify that on (date), the foregoing document was mailed, postage prepaid, to the following:

*s/ Ronald R. Gallegos*
RONALD R. GALLEGOS
Assistant U.S. Attorney

5