IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> and THE STATE OF OKLAHOMA, <br> *ex rel.* WAYNE ALLISON, Relator, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHWEST ORTHOPAEDIC <br> SPECIALISTS, PLLC, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. CIV-16-569-F <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Before the Court is the Unopposed Joint Motion for Three-Month Stay filed by Defendants Oklahoma Center for Orthopaedic & Multispecialty Surgery, LLC, USP Oklahoma, Inc., USPI Holding Company, Inc., USP International, Inc., and UAP of Oklahoma, LLC ("USP Defendants"), Tenet Healthcare Corporation ("Tenet"), Southwest Orthopaedic Specialists, PLLC, Anesthesia Partners of Oklahoma, LLC, Anthony L. Cruse, D.O., R.J. Langerman, Jr., D.O., Daniel J. Jones, M.D., Mehdi Adham, M.D., Derek West, D.O., Brian Levings, D.O., Brad Reddick, D.O., Kristopher Avant, D.O., and Shane Hume, D.O. (collectively, the "SOS Defendants"), and Plaintiff/Relator Wayne Allison ("Relator") (together, "the Movants") (the "Motion") [Doc. No. 175]. For good cause shown, the Motion is **GRANTED**.

The Movants shall be provided a period of three months, or until March 11, 2020, so that the Movants may finalize any tentative resolutions and continue conferring in good

faith with the United States and State of Oklahoma regarding potential resolution of the remaining claims and issues involving all of the parties.

On or before March 11, 2020, the Movants shall announce a resolution to the Court, if one has been reached. If no resolution has been reached at that time, the SOS Defendants shall either file a Motion to Enforce the settlement agreement that the SOS Defendants contend exists or file a Response to Relator's Second Amended Complaint.

**IT IS SO ORDERED this 12th day of December, 2019.**

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

16-0569p043.PO.docx