IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> and THE STATE OF OKLAHOMA, </br> *ex rel.* WAYNE ALLISON, Relator, </br> </br> Plaintiff, </br> </br> v. </br> </br> SOUTHWEST ORTHOPAEDIC </br> SPECIALISTS, PLLC, ET AL., </br> </br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No. CIV-16-0569-F </br> ) </br> ) </br> ) </br> ) </br> ) |

## ORDER

The United States and the State of Oklahoma move for leave to intervene, in part, for purposes of settling claims against certain defendants (Oklahoma Center for Orthopaedic & Multispecialty Surgery, LLC, USP Oklahoma, Inc., USPI Holding Company, Inc., USP International, Inc., and UAP of Oklahoma, LLC, Tenet Healthcare Corporation, Southwest Orthopaedic Specialists, PLLC, Anthony L. Cruse, D.O., R.J. Langerman, Jr., D.O., Daniel J. Jones, M.D., Mehdi Adham, M.D., Derek West, D.O., Brian Levings, D.O., Brad Reddick, D.O., Kristopher Avant, D.O., and Shane Hume, D.O.). Doc. no. 187.

Good cause has been shown. Having obtained additional information regarding the claims in this action, the United States and Oklahoma have now resolved to settle or otherwise consent to the dismissal of the claims against the above-listed defendants, which include all but two remaining defendants. The proposed intervention is to effect the settlement of those claims. Furthermore, intervention at this stage will not prejudice the two remaining defendants, as to whom the United States and Oklahoma do not seek leave to intervene at this time. Finally, relator consents to the motion, and the motion is unopposed.

2

For good cause shown, the motion is **GRANTED**. The United States and the State of Oklahoma are given leave to intervene, in part, as requested in their motion. They are directed to do so within fourteen days of the date of this order.

IT IS SO ORDERED this 26th day of June, 2020.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

16-0569p048.docx