## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> and THE STATE OF OKLAHOMA, ) <br> *ex rel.* WAYNE ALLISON, Relator, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOUTHWEST ORTHOPAEDIC ) <br> SPECIALISTS, PLLC, ET AL., ) <br> ) <br>     Defendants. ) | CIV-16-569-F |

### STATEMENT OF PARTIAL INTERVENTION BY THE UNITED STATES AND THE STATE OF OKLAHOMA FOR PURPOSES OF SETTLEMENT

Pursuant to the June 26, 2020 Order of the Court (Dkt. No. 189), the False Claims Act, 31 U.S.C. § 3730(c)(3), and the Oklahoma Medicaid False Claims Act, 63 O.S. § 5053.3(B), the United States and the State of Oklahoma intervene in part for purposes of settlement. Specifically, the United States and Oklahoma intervene with respect to claims against Defendants Oklahoma Center for Orthopaedic & Multispecialty Surgery, LLC ("OCOM"), USP Oklahoma, Inc., USPI Holding Company, Inc., USP International, Inc., and UAP of Oklahoma, LLC (collectively the "USP Defendants"), Tenet Healthcare Corporation ("Tenet"), Southwest Orthopaedic Specialists, PLLC, Anthony L. Cruse, D.O., R.J. Langerman, Jr., D.O., Daniel J. Jones, M.D., Mehdi Adham, M.D., Derek West, D.O., Brian Levings, D.O., Brad Reddick, D.O., Kristopher Avant, D.O., and Shane Hume, D.O. (collectively, the "SOS Defendants") as set forth in Recital Paragraph D of the settlement agreement between the United States, Oklahoma, Relator Wayne

1

Allison, OCOM, the USP and SOS Defendants, and Anesthesia Partners of Oklahoma, LLC (the "Settlement Agreement").

Consistent with the terms of the Settlement Agreement, after the settlement amounts are paid, the parties will file dismissal papers and submit a proposed order dismissing claims against all but two remaining defendants in the action.

|  |  |
|---|---|
|  | Respectfully, |
| July 7, 2020 | TIMOTHY J. DOWNING<br>United States Attorney |
|  | */s/ Ronald R. Gallegos*<br>RONALD R. GALLEGOS, Bar No. 013227AZ<br>SCOTT MAULE, OBA No. 31760<br>Assistant U.S. Attorneys<br>United States Attorney's Office<br>210 Park Avenue, Suite 400<br>Oklahoma City, OK 73102<br>(405) 553-8700 - (fax) 553-8885<br>Ron.Gallegos@usdoj.gov<br>Scott.Maule@usdoj.gov<br>Counsel for the United States |
|  | MIKE HUNTER<br>Oklahoma Attorney General |
|  | */s/ Christopher P. Robinson*<br>(*Signed by filling attorney with permission from attorney*)<br>CHRISTOPHER P. ROBINSON<br>Oklahoma State Bar # 31204<br>Assistant Attorney General<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105<br>Phone: (405) 522-2968<br>Fax: (405) 522-3128<br>Christopher.Robinson@oag.ok.gov<br>Counsel for the State of Oklahoma |

## CERTIFICATE OF SERVICE

I certify that on the 7th day of July 2020, I electronically transmitted the attached document to the Clerk of Court using the CM/ECF System. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Ronald Gallegos<br>Scott Maule<br>U.S. ATTORNEY OFFICE<br>WESTERN DISTRICT OF OKLAHOMA<br>210 Park Ave., Suite 400<br>Oklahoma City, OK  73102<br>ron.gallegos@usdoj.gov<br>scott.maule@usdoj.gov<br><br>***ATTORNEYS FOR UNITED STATES OF AMERICA*** | Christopher Robinson<br>ATTORNEY GENERAL OFFICE<br>STATE OF OKLAHOMA<br>313 NE 21st Street<br>Oklahoma City, OK  73105<br>christopher.robinson@oag.ok.gov<br><br>***ATTORNEY FOR THE STATE OF OKLAHOMA*** |

| | |
|---|---|
| Gaylon C. Hayes<br>HAYES LEGAL GROUP<br>6805 South Western, Suite 500<br>Oklahoma City, Oklahoma 73139<br>Telephoned: 405-616-5045<br>gaylon@hhhlawfirm.com<br><br>Michael B. Angelovich, Sr.<br>Bradley W. Beskin<br>NIX, PATTERSON, LLP<br>3600 N. Capital of Texas Highway,<br>Bldg. B Suite 350<br>Austin, TX  78746<br>Telephone: 512.328.5333<br>Facsimile:  512.328.5335<br>mangelovich@nixlaw.com<br>bbeskin@nixlaw.com<br>*Admitted Pro Hac Vice* | Michael Burrage<br>WHITTEN BURRAGE<br>512 N. Broadway Avenue, Ste 300<br>Oklahoma City, Oklahoma 73102<br>rwhitten@whittenburragelaw.com<br>mburrage@whittenburragelaw.com<br><br>Richard E. Norman<br>R. Martin Weber, Jr.<br>CROWLEY NORMAN, LLP<br>3 Riverway, Suite 1775<br>Houston, TX 77056<br>Telephone : 713.651.1771<br>Facsimile:   713.651.1775<br>rnorman@crowleynorman.com<br>mweber@crowleynorman.com<br>*Admitted Pro Hac Vice* |

***ATTORNEYS FOR PLAINTIFF/RELATOR WAYNE ALLISON***

| | |
|---|---|
| Joe M. Hampton<br>Amy J. Pierce<br>CORBYN HAMPTON, PLLC<br>211 N. Robinson Suite 1910<br>Oklahoma City, OK  73102<br>Telephone: 405.239.7055<br>Facsimile:  405.702.4348<br>jhampton@corbynhampton.com<br>apierce@corbynhampton.com | Amy E. Hargreaves<br>LATHAM & WATKINS, LLP<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>Telephone: 858.523.5424<br>Facsimile:  858.523.5450<br>amy.hargreaves@lw.com<br>*Admitted Pro Hac Vice* |
| Abid R. Qureshi<br>Anne W. Robinson<br>Dean W. Baxtresser<br>LATHAM & WATKINS, LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>Telephone: 202.637.2200<br>Facsimile.: 202.637.2201<br>abid.qureshi@lw.com<br>anne.robinson@lw.com<br>dean.baxtresser@lw.com<br>*Admitted Pro Hac Vice* | Terra Reynolds<br>LATHAM & WATKINS, LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Telephone: 312.876.7640<br>Facsimile:  312.993.9767<br>terra.reynolds@lw.com<br>*Admitted Pro Hac Vice* |

***ATTORNEYS FOR DEFENDANTS OKLAHOMA CENTER FOR ORTHOPAEDIC & MULTISPECIALTY SURGERY, LLC, USP OKLAHOMA, INC., USPI HOLDING COMPANY, INC., USP INTERNATIONAL, INC., UAP OF OKLAHOMA, AND TENET HEALTHCARE CORPORATION***

M. Richard Mullins
Ronald T. Shinn, Jr.
MCAFEE & TAFT
211 N. Robinson, Ave., 10th Floor
Oklahoma City, OK 73102
Telephone: 405.235.9621
Facsimile: 405.235.0439
richard.mullins@mcafeetaft.com
ron.shinn@mcafeetaft.com

***ATTORNEYS FOR DEFENDATNS SOUTHWEST ORTHOPAEDIC SPECIALISTS PLLC, ANTHONY L. CRUSE, DO, RJ LANGERMAN, JR., DO, DANIEL J. JONES, MD, MEHDI ADHAM, MD, DEREK WEST, DO, BRIAN LEVINGS, DO, SHANE HUME DO, BRAD REDDICK, DO, KRISTOPHER AVANT, DO,***

| | |
|---|---|
| Steven K. Mullins | Joel M. Hammerman |
| Matthew K. Felty | Emily L. Seymore |
| LYTLE SOULE & CURLEE | FAEGRE BAKER DANIELS LLP |
| 119 N. Robinson Ave, Ste 1200 | 311 S. Wacker Drive |
| Oklahoma City, OK 73102 | Suite 4300 |
| Telephone: 405.235.7471 | Chicago, IL 60606 |
| Facsimile: 405.232.3852 | Telephone: 312 212 6500 |
| mullins@lytlesoule.com | joel.hammerman@faegredrinker.com |
| mkfelty@lytlesoule.com | Emily.seymore@faegredrinker.com |

***ATTORNEY FOR STEVE HENDLEY***

| | |
|---|---|
| Timila S. Rother<br>CROWE & DUNLEVY-OKC<br>Braniff Building<br>324 N. Robinson Ave, Ste 100<br>Oklahoma City, OK 73102<br>Telephone: 405.235.7757<br>Facsimile: 405.272.5226<br>rothert@crowedunlevy.com | Lisa M. Noller<br>FOLEY & LARDNER-CHICAGO<br>321 N. Clark St., Ste 3000<br>Chicago, IL 60654-4762<br>Telephone: 312.832.4363<br>Facsimile: 312.832.4700<br>lnoller@foley.com<br>*Admitted Pro Hac Vice*<br><br>-and-<br><br>Lori A. Rubin<br>FOLEY & LARDNER-DC<br>3000 K. St. NW, Ste 500<br>Washington, DC 20007<br>Telephone: 202.295.4760<br>Facsimile: 202.672.5399<br>LARubin@foley.com<br>*Admitted Pro Hac Vice* |

***ATTORNEYS FOR DEFENDANTS INTEGRIS ABULATORY CARE CORPORATION & INTEGRIS SOUTH OKLAHOMA CITY HOSPITAL CORPORATION***

| | |
|---|---|
| John A. Krahl<br>Kevin E. Krahl<br>Vicki Z. Behenna<br>MULINIX GOERKE & MEYER PLLC<br>210 W. Park Ave., Ste 3030<br>Oklahoma City, OK 73102<br>Telephone: 405.232.3800<br>Facsimile: 405.232.8999<br>jkrahl@lawokc.com<br>kkrahl@lawokc.com<br>vsb@lawokc.com | Gajan Sivakumaran<br>Ryan S. Hedges<br>Zachary J. Watters<br>VEDDERPRICE<br>222 N. LaSalle St., Ste 2600<br>Chicago, IL 60601<br>Telephone: 312.609.7728<br>gsivakumaran@vedderprice.com<br>rhedges@vedderprice.com<br>zwatters@vedderprice.com<br>*Admitted Pro Hac Vice* |

***ATTORNEYS FOR MICHAEL KIMZEY***