# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> and THE STATE OF OKLAHOMA, ) <br> *ex rel.* WAYNE ALLISON, Relator, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOUTHWEST ORTHOPAEDIC ) <br> SPECIALISTS, PLLC, ET AL., ) <br> ) <br> Defendants. ) | CIV-16-569-F |

## **ORDER**

Plaintiff/Relator Wayne Allison ("Relator") and Defendants Steve Hendley and Michael Kimzey (collectively "Defendants") having filed a Joint Stipulation for Dismissal pursuant to Fed. R. Civ. P. 41(a), Title 31 U.S.C. § 3730(b)(1), and 63 O.S. § 5053.2(B)(1), and in accordance with the terms and conditions of a Settlement Agreement fully executed on or about September 22, 2021 by Relator and Defendants, and the United States and the State of Oklahoma having consented to dismissal without prejudice as to the United States and the State of Oklahoma, the Court rules as follows:

IT IS ORDERED that

(1) the claims asserted by Relator on behalf of the United States and the State of Oklahoma and against Defendants in the action are dismissed with prejudice as to Relator and without prejudice as to the United States and the State of Oklahoma;

(2) the claims asserted by Relator to reasonable expenses, attorneys' fees and costs from Defendants are dismissed with prejudice; and

(3) the claims asserted by Relator under 31 U.S.C. § 3730(d) and 63 O.S. § 5053.4 to a share of the proceeds of the Settlement Agreement are reserved and not dismissed.

IT IS SO ORDERED this 28th day of September, 2021.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

16-0569p077.PO.docx