UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

THE UNITED STATES OF AMERICA
*ex rel.* Wayne Allison, *Relator*, *et. al.*,

*Plaintiffs*,

v.

SOUTHWEST ORTHOPAEDIC
SPECIALISTS, PLLC, *et al.*

*Defendants*.

Case No. CIV-16-569-F
Hon. Stephen P. Friot

### STIPULATION OF DISMISSAL OF CLAIMS AGAINST THE SOS DEFENDANTS

Plaintiff/Relator Wayne Allison ("Relator") and Southwest Orthopaedic Specialists, PLLC, Anthony L. Cruse, D.O., R.J. Langerman, Jr., D.O., Daniel J. Jones, M.D., Mehdi Adham, M.D., Derek West, D.O., Brian Levings, D.O., Brad Reddick, D.O., Kristopher Avant, D.O., and Shane Hume, D.O. (collectively, the "SOS Defendants") and Anesthesia Partners of Oklahoma ("APO") (together, the "Parties") respectfully file this Joint Stipulation for Dismissal pursuant to Fed. R. Civ. P. 41(a), Title 31 U.S.C. § 3730(b)(1), and 63 O.S. § 5053.2(B)(1), and in accordance with the terms and conditions of a Settlement Agreement fully executed by Relator and Defendants. The Parties stipulate as follows:

1.     The Parties have executed a written Settlement Agreement. This Stipulation of Dismissal is consistent with, subject to, and incorporates the terms of the Settlement Agreement.

2.     The Parties agree the amount and terms of the settlement are fair, adequate and reasonable under all the circumstances pursuant to 31 U.S.C. § 3730(c)(2)(B), and 63 O.S. § 5053.3(A)(2).

3.     Pursuant to Fed. R. Civ. P. 41(a), 31 U.S.C. § 3730(b)(1), and 63 O.S. § 5053.2(B)(1), Relator respectfully requests the Court dismiss all remaining claims against the SOS Defendants in this action with prejudice.[1]

4.     The Parties shall bear their own fees, costs, and expenses, except as otherwise specified in the Settlement Agreement.

5.     A proposed order accompanies this Joint Stipulation for Dismissal.

**RELIEF REQUESTED**:  The Parties respectfully move the Court for an order dismissing with prejudice all remaining claims against Southwest Orthopaedic Specialists, PLLC, Anthony L. Cruse, D.O., R.J. Langerman, Jr., D.O., Daniel J. Jones, M.D., Mehdi Adham, M.D., Derek West, D.O., Brian Levings, D.O., Brad Reddick, D.O., Kristopher Avant, D.O., Shane Hume, D.O., and Anesthesia Partners of Oklahoma.

---

[1] The remaining claims in this matter pertain to Relator's reserved claims for reasonable expenses, attorneys' fees, and costs under the False Claims Act, 31 U.S.C. § 3730(d), and the Oklahoma False Claims Act, 63 O.S. § 5053.4, as well as retaliation under the False Claims Act, 31 U.S.C. § 3730(h) and other laws. The Court has previously dismissed all other claims Relator filed against the SOS Defendants, including those on behalf of the United States and/or the State of Oklahoma. *See* ECF No. 192 (Order dismissing claims).

Respectfully Submitted on October 26, 2021,

*/s/     Bradley W. Beskin*

| | |
|---|---|
| MICHAEL B. ANGELOVICH<br>Texas Bar No. 00785666 Pro Hac Vice<br>BRADLEY W. BESKIN<br>Texas Bar No. 24105463 Pro Hac Vice<br>**NIX PATTERSON, LLP**<br>3600 N. Capital of Texas Highway, B350<br>Austin, TX 78746<br>512.328.5333 office 512.328.5335 fax<br>mangelovich@nixlaw.com<br>bbeskin@nixlaw.com | RICHARD E. NORMAN<br>Texas Bar No. 00788128 Pro Hac Vice<br>R. MARTIN WEBER, JR.<br>Texas Bar No. 00791895 Pro Hac Vice<br>**CROWLEY NORMAN, LLP**<br>3 Riverway, Suite 1775<br>Houston, TX 77056<br>713.651.1771 office  713.651.1775 fax<br>rnorman@crowleynorman.com<br>mweber@crowleynorman.com |
| MICHAEL BURRAGE, OBA #1350<br>REGGIE WHITTEN, OBA #9576<br>**WHITTEN BURRAGE**<br>512 N. Broadway Avenue, Suite 300<br>Oklahoma City, OK  73102<br>405.516.7800 office  405.516.7859 fax<br>rwhitten@whittenburragelaw.com<br>mburrage@whittenburragelaw.com | GAYLON C. HAYES, OBA #14492<br>**HAYNES LAW GROUP**<br>6805 South Western Ave. Suite 500<br>Oklahoma City, OK 73139<br>405.616.5045 office  405.616.5062 fax<br>gaylon@hhhlawfirm.com<br>brooke@hhhlawfirm.com |

*Attorneys for Relator Wayne Allison*

/s/     Ronald T. Shinn, Jr.
*signed with permission*

M. RICHARD MULLINS, OBA # 13329
RONALD T. SHINN JR., OBA # 19569
**MCAFEE & TAFT A PROFESSIONAL CORPORATION**
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK  73102-7101
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
richard.mullins@mcafeetaft.com
ron.shinn@mcafeetaft.com

*Attorneys for Southwest Orthopaedic Specialists, PLLC, Anesthesia Partners Of Oklahoma, LLC, Anthony L. Cruse, D.O., R.J. Langerman, Jr., D.O., Daniel J. Jones, M.D., Mehdi Adham, M.D., Derek West, D.O., Brian Levings, D.O., Brad Reddick, D.O., Kristopher Avant, D.O., Shane Hume, D.O., and Anesthesia Partners of Oklahoma*

## CERTIFICATE OF SERVICE

I certify that on October 26, 2021, I electronically transmitted this Joint Status Report to the Clerk of Court using the CM/ECF System, which will serve the document on all ECF registrants.

*/s/ Bradley W. Beskin*

***Attorney for Relator***